# EXHIBIT O

Click to Print                                                    Printed on: 1/28/2016 15:45:14 GMT-0800 (Pacific Standard Time)

## Case History Search

| Submitted By: | Court | Plaintiff | Defendant | | Search Created: 1/28/2016 15:45:14 GMT-0800 (Pacific Standard Time) |
|---|---|---|---|---|---|

| Court: | MP CNMI Superior Court | Judge: | Camacho, Joseph Norita | File & ServeXpress Live Date: | 10/19/2015 |
|---|---|---|---|---|---|
| Division: | | Case Number: | 15-0161-CV | Document(s) Filed: | 14 |
| Case Type: | Damages | Case Name: | Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Date Range: | All |

1-12 of 12 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Review Status | Size |
|---|---|---|---|---|---|---|---|---|
| 58493007 | 1/29/2016 9:21 AM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Joseph Norita Camacho, MP CNMI Superior Court | Order | Granted (STIPULATION AND PROPOSED ORDER FOR EXTENDED RESPONSE TO COMPLAINT AND SUMMONS) • Linked to (1) | Accepted | 0.2MB |
| 58487278 | 1/28/2016 5:10 PM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Richard W Pierce, Pierce, Richard W-Saipan | Stipulation | STIPULATION AND PROPOSED ORDER FOR EXTENDED RESPONSE TO COMPLAINT AND SUMMONS • Linked from (1) | Accepted | 0.1MB |
| 58349212 | 12/29/2015 11:12 AM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Joseph Norita Camacho, MP CNMI Superior Court | Order | Granted (STIPULATION AND PROPOSED ORDER FOR RESPONSE TO COMPLAINT AND SUMMONS) • Linked to (1) | Accepted | 0.1MB |
| 58348916 | 12/29/2015 9:56 AM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Richard W Pierce, Pierce, Richard W-Saipan | Stipulation | STIPULATION AND PROPOSED ORDER FOR RESPONSE TO COMPLAINT AND SUMMONS • Linked from (1) | Accepted | 0.1MB |
| 58285226 | 12/11/2015 2:55 PM GST | File Only | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | William M Fitzgerald, Fitzgerald, William M-Saipan | Certificate of Service | DECLARATION OF SERVICE | Accepted | 0.1MB |
| 58132442 | 11/9/2015 2:44 PM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL | Joseph Norita Camacho, MP CNMI Superior Court | Order | Granted (STIPULATION AND PROPOSED ORDER FOR RESPONSE TO COMPLAINT) • Linked to (1) | Accepted | 0.7MB |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 58116640 | 11/5/2015 3:11 PM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Richard W Pierce, Pierce, Richard W-Saipan | Stipulation | STIPULATION AND PROPOSED ORDER FOR RESPONSE TO COMPLAINT • Linked from (1) | Accepted 0.7MB |
| 58110423 | 11/4/2015 2:07 PM GST | File Only | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | William M Fitzgerald, Fitzgerald, William M-Saipan | Certificate of Service | DECLARATION OF SERVICE (MICRONESIAN RESORT, INC.) | Accepted 0.1MB |
| 58103056 | 11/3/2015 2:24 PM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Richard W Pierce, Pierce, Richard W-Saipan | Entry of Appearance | ENTRY OF APPEARANCE | Accepted 0.1MB |
| 58051863 | 10/22/2015 9:42 AM GST | File Only | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | William M Fitzgerald, Fitzgerald, William M-Saipan | Certificate of Service | DECLARATION OF SERVICE (SUWASO) | Accepted 0.2MB |
| | | | | | Certificate of Service | DECLARATION OF SERVICE (DENNIS SEO) | Accepted 0.2MB |
| 58031817 | 10/19/2015 3:55 PM GST | File And Serve | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | Joseph Norita Camacho, MP CNMI Superior Court | Summons | SUMMONS | Accepted 0.1MB |
| 58031804 | 10/19/2015 2:55 PM GST | File Only | 15-0161-CV Vincent DLG Torres vs E-land World Ltd Suwaso Corporation Micronesian Resort Inc Roh Jong-ho Seong MIN Kang IL KYU Kim TAE HO Kim Steve Hwang Dennis SEO & Does 1-3 | William M Fitzgerald, Fitzgerald, William M-Saipan | Complaint | COMPLAINT AND DEMAND FOR JURY TRIAL | Accepted 1.2MB |
| | | | | | Summons | SUMMONS | Accepted 0.1MB |

1-12 of 12 transactions  <<Prev Page 1 of 1 Next>>