AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

F I L E D
Clerk
District Court
APR 21 2017
for the Northern Mariana Islands
By _____
(Deputy Clerk)

| | |
|---|---|
| VINCENT DLG. TORRES | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:16-CV-00004 |
| E-LAND WORLD, LTD., et al. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The action is remanded to the Commonwealth Superior Court in accordance with the DECISION and ORDER Granting in Part and Denying in Part Plaintiff's Motion to Remand, and Denying Defendants' Motion to Compel Arbitration, Motion to Dismiss or to Stay the Second to Fifth Causes of Action ( ECF No. 17).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Ramona V. Monglona on a motion for Plaintiff's Motion to Remand (ECF No. 8) and Defendant's Motion to Compel Arbitration and Dismiss, or, Alternatively, Stay Action (ECF No. 5).

Date: April 21, 2017

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*